**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
YOSSEF KAHLON a/k/a Jossef Kahlon and
ATLAS SOLAR HOLDINGS LLC,

           Plaintiffs,

- against -　　　　　　　　　　　　　**JUDGMENT**
　　　　　　　　　　　　　　　　　　　CV 16-2239 (LDW)(AYS)

CNA FINANCIAL CORPORATION, and
CONTINENTAL CASUALTY COMPANY,

           Defendants.
------------------------------------------------------X

     A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on June 13, 2017, granting Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure without prejudice, and directing the Clerk of the Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiffs Yossef Kahlon and Atlas Solar Holdings, LLC take nothing of Defendants CNA Financial Corporation and Continental Casualty Company; that Defendant's motion to dismiss is granted; that this case is dismissed without prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
　　　　June 16, 2017

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT

                                     By:    /s/ James J. Toritto
                                               Deputy Clerk